■
**UNITED STATES of America,
Appellee,
v.
Karl Patrick WARFORD, Appellant.
No. 14503.**

United States Court of Appeals,
Fourth Circuit.

Argued Oct. 5, 1970.

Decided Oct. 12, 1970.

James L. Sanderlin, Richmond, Va. (court-appointed counsel) (McGuire, Woods & Battle, Richmond, Va., on the brief), for appellant.

David G. Lowe, Asst. U. S. Atty. (Brian P. Gettings, U. S. Atty. for the Eastern District of Virginia, on the brief), for appellee.

Before WINTER, CRAVEN, and BUTZNER, Circuit Judges.

PER CURIAM:

Karl Patrick Warford was convicted of violating 18 U.S.C. § 2312 for the interstate transportation of a vehicle knowing it to have been stolen. Upon consideration of the briefs, record, and oral argument, we find no error. The judgment is affirmed.

■
**UNITED STATES of America,
Appellee,
v.
James Willie SLATER, Appellant.
No. 14493.**

United States Court of Appeals,
Fourth Circuit.

Argued Oct. 5, 1970.

Decided Oct. 12, 1970.

Allan H. Masinter, Charleston, W. Va. (Arthur T. Ciccarello and Angel, Lewis, Ciccarello & Masinter, Charleston, W. Va., on the brief), for appellant.

Robert B. King, Asst. U. S. Atty. (W. Warren Upton, U. S. Atty., on the brief), for appellee.

Before HAYNSWORTH, Chief Judge, and SOBELOFF and BOREMAN, Circuit Judges.

PER CURIAM:

Upon consideration of the briefs and record, and the oral argument of counsel, we find no reversible error in the proceedings leading to the defendant's conviction for violation of 26 U.S.C.A. §§ 5601(a) (7) and 5604(a) (1).

Affirmed.